**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **MAURICE J. McDONALD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL NO. 08-cv-395-GPM** |
| **vs.** | ) | |
| | ) | **APPEAL NOS. 09-1774, 09-1855** |
| **A. FEINERMAN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On April 20, 2009, the Court denied Plaintiff's motions for leave to proceed *in forma pauperis* on appeal, because he had not filed a certified copy of his prison trust fund account statement or an affidavit that includes a statement of his assets as required by 28 U.S.C. § 1915(a)(2). That denial was without prejudice to Plaintiff filing another motion with this Court, properly supported with the required documents. To date, Plaintiff has filed nothing else in this action.

Accordingly, Plaintiff's motions to proceed *in forma pauperis* on appeal (Docs. 14, 20) are **DENIED** <u>with prejudice</u>. Plaintiff shall tender the appellate filing and docketing fee of $455 to the Clerk of Court in this District, or he may reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**

DATED: 7/14/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge